**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL TIMOTHY POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-179-J |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant denied Plaintiff's applications for disability insurance benefits and supplemental security income, and Plaintiff sought judicial review. The matter was referred for initial proceedings to United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and Federal Rule of Civil Procedure 72(b). Judge Green issued a Report and Recommendation recommending Defendant's decision be reversed and remanded for further administrative proceedings and advising the parties of their right to file written objections by October 25, 2023. [Doc. No. 14]. Neither party filed an objection or sought an extension of time in which to do so and have waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 14], REVERSES Defendant's decision, and REMANDS this matter for further administrative proceedings. A separate judgment will follow.

IT IS SO ORDERED this 26th day of October, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE